UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-22902-CIV-WILLIAMS/SIMONTON

FRANCO SAPONARO DI BABBO and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

TECHNO PRINT AND MARKETING CORP.
HENRY MEDINA

        Defendants.

## PLAINTIFF'S STATEMENT OF CLAIM

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Court Order D.E. 4, and hereby file Plaintiff's statement of claim and states as follows:

1. Period of Claim: August 6, 2011 through July 21, 2014: 154 weeks.

2. Approximation of hours worked per a week: 50.

3. Average hourly wage: $4.50/hr.

4. Federal minimum wage: $7.25/hr

5. Minimum wage deficiency: $2.75/hr.

6. Halftime overtime rate based on federal minimum wage: $3.62/hr

7. Calculation of minimum wages owed: 50 hours a week multiplied by $2.75/hr multiplied by 154 weeks, equals $21,175.

8. Calculation of overtime wages owed 10 overtime hours a week multiplied by $3.62/hr multiplied by 154 weeks, equals $5,574.80.

9. Total wages claimed: $26,749.80 multiplied by 2 as liquidated damages, equals **$53,499.60** plus reasonable fees and costs.

10. Fees incurred to date $1,025.00 plus costs, broken down as follows:

  1) J.H. Zidell, Esq. 1.5 hours at an hourly rate of $350/hr. = $525.

  2) Daniel T. Feld, Esq. .8 hours at an hourly rate of $250/hr. = $200.

  3) Christopher Cochran, Esq. 1.5 hours at an hourly rate of $200/hr. = $300.

        Respectfully Submitted,

        Daniel T. Feld, Esq.
        J.H. Zidell, P.A.
        Attorney for Plaintiff
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        Email: DanielFeld.Esq@gmail.com

        By:_/s/ Daniel T. Feld _____
          Daniel T. Feld, Esq.
          Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Statement of Claim was sent via CM/ECF to [no counsel has appeared on behalf of defendants] on this 18th day of August, 2014.

    Daniel T. Feld, Esq.
    J.H. Zidell, P.A.
    Attorney for Plaintiff
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167
    Email: DanielFeld.Esq@gmail.com

    By:_/s/ Daniel T. Feld _____
        Daniel T. Feld, Esq.
        Florida Bar Number: 0037013