UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-22902-CIV-WILLIAMS/SIMONTON

FRANCO SAPONARO DI BABBO and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                                                  Plaintiff, )
   vs. )
                                                                   )
TECHNO PRINT AND MARKETING )
CORP. )
HENRY MEDINA )
                                                             Defendants. )
_____ )

**PLAINTIFF'S AMENDED STATEMENT OF CLAIM**

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Court Order D.E. 4, and hereby file Plaintiff's amended statement of claim and states as follows:

**Federal Overtime Claim**

1. Total Period of Overtime Claim: August 6, 2011 through July 21, 2014: 154 weeks.

2. First period: August 6, 2011 through December 31, 2011: 21 weeks

3. Second period: January 1, 2012 through December 31, 2012: 52 weeks

4. Third period: January 1, 2013 through December 31, 2013: 52 weeks

5. Fourth period: January 1, 2014 through July 21, 2014: 28 weeks

6. Approximation of hours worked per a week: 50.

7. Average hourly wage: $4.50/hr.

8. Federal minimum wage: $7.25/hr

9. Florida minimum wage (August 6, 2011 through December 31, 2011): $7.31/hr

10. Florida minimum wage (January 1, 2012 through December 31, 2012): $7.67/hr

11. Florida minimum wage (January 1, 2013 through December 31, 2013): $7.79/hr

12. Florida minimum wage (January 1, 2014 through July 21, 2014): $7.93/hr

13. Halftime overtime rate based on federal minimum wage: $3.62/hr.

14. Halftime overtime rate based on Florida minimum wage (August 6, 2011 through December 31, 2011): $3.65 /hr.

15. Halftime overtime rate based on Florida minimum wage (January 1, 2012 through December 31, 2012): $3.83/hr.

16. Halftime overtime rate based on Florida minimum wage (January 1, 2013 through December 31, 2013): $3.89/hr.

17. Halftime overtime rate based on Florida minimum wage (January 1, 2014 through July 21, 2014): $3.96/hr.

18. Calculation of overtime wages owed for first period: 10 overtime hours a week multiplied by $3.65/hr multiplied by 21 weeks, equals $766.50.

19. Calculation of overtime wages owed for second period: 10 overtime hours a week multiplied by $3.83/hr multiplied by 52 weeks, equals $1,991.60.

20. Calculation of overtime wages owed for third period: 10 overtime hours a week multiplied by $3.89/hr multiplied by 52 weeks, equals $2,022.80.

21. Calculation of overtime wages owed for fourth period: 10 overtime hours a week multiplied by $3.96/hr multiplied by 28 weeks, equals $1,108.80.

22. Total Federal overtime wage claim: $5,889.70.

**Federal and Florida State Minimum Wage Claim**

**Period Claimed: 8/6/09 – 5/31/11**
<u>Weeks:</u> **94** weeks (rounded down)
<u>Hours (worked per week:)</u> **50** hours
<u>Minimum wage (defaulted to the Federal rate):</u> $7.25/hr.
<u>Wage paid:</u> $4.50/hr
<u>Wage owed:</u> $2.75/hr
<u>Amount owed:</u> $2.75/hr X 94 weeks X 50 hours = **$ 12,925**

**Period Claimed: 6/1/11 – 12/31/11**
<u>Weeks:</u> **30** weeks (rounded down)
<u>Hours (worked per week:)</u> **50** hours
<u>Minimum wage:</u> $7.31/hr.
<u>Wage paid:</u> $4.50/hr
<u>Wage owed:</u> $2.81/hr
<u>Amount owed:</u> $2.81/hr X 30 weeks X 50 hours = **$ 4,215**

**Period Claimed: 1/1/12 – 12/31/12**
<u>Weeks:</u> **52** weeks
<u>Hours (worked per week:)</u> **50** hours
<u>Minimum wage:</u> $7.67/hr.
<u>Wage paid:</u> $4.50/hr
<u>Wage owed:</u> $3.17/hr
<u>Amount owed:</u> $3.17/hr X 52 weeks X 50 hours = **$ 8,242**

**Period Claimed: 1/1/13 – 12/31/13**
<u>Weeks:</u> **52** weeks
<u>Hours (worked per week:)</u> **50** hours
<u>Minimum wage:</u> $7.79/hr.
<u>Wage paid:</u> $4.50/hr
<u>Wage owed:</u> $3.29/hr
<u>Amount owed:</u> $3.29/hr X 52 weeks X 50 hours = **$ 8,554**

**Period Claimed: 1/1/14 – 7/21/14**
<u>Weeks:</u> **28** weeks (rounded down)
<u>Hours (worked per week:)</u> **50** hours
<u>Minimum wage:</u> $7.93/hr.
<u>Wage paid:</u> $4.50/hr
<u>Wage owed:</u> $3.43/hr
<u>Amount owed:</u> $3.43/hr X 28 weeks X 50 hours = **$ 4,802**

Total Federal and Florida State Minimum wages owed: $38,738. (Where the Federal and Florida State minimum wage claims overlap, Plaintiff is claiming the higher of the two).

Total wages claimed: $44,627.70 multiplied by 2 as liquidated damages, equals **$89,255.40** plus reasonable fees and costs.

Fees incurred to date $1,110 plus costs, broken down as follows:

1) J.H. Zidell, Esq. 1.5 hours at an hourly rate of $350/hr. = $525.

2) Daniel T. Feld, Esq. .9 hours at an hourly rate of $250/hr. = $225.

3) Christopher Cochran, Esq. 1.8 hours at an hourly rate of $200/hr. = $360.

**Respectfully submitted,**

**CHRISTOPHER COCHRAN, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: CNC02G@GMAIL.COM**
**F.B.N. 0084088**
**BY:_____/s/ Christopher Cochran_____**
**CHRISTOPHER COCHRAN, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA SAME ON 9/9/14 TO:**

**ALL CM/ECF RECIPIENTS**

**GARY ANDREW COSTALES**
**GARY A. COSTALES**
**1200 BRICKELL AVE**
**SUITE 1230**
**MIAMI, FL 33131**
**305-375-9510**
**FAX: 305 375 9511**
**EMAIL: COSTALESGARY@HOTMAIL.COM**

**BY:__ /s/ Christopher Cochran  _____**
**CHRISTOPHER COCHRAN, ESQ.**