UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-22902-CIV-WILLIAMS/SIMONTON

FRANCO SAPONARO DI BABBO, and
all others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

TECHNO PRINT AND MARKETING CORP.
and HENRY MEDINA

    Defendants.

_____/

## DEFENDANTS' CONSOLIDATED RESPONSE TO STATEMENT OF CLAIM AND NOTICE OF COMPLIANCE WITH THE COURT'S SETTLEMENT CONFERENCE ORDER

Defendants, TECHNO PRINT AND MARKETING CORP., and HENRY MEDINA, by and through the undersigned counsel, and pursuant to the Court's Orders dated August 8, 2014 (Notice of Court Practice in FLSA Cases), Doc. No. 4 and the September 17, 2014 Order Setting Scheduling Conference Doc. No. 13, hereby file and serve the above-reference Response and Notice and state the following in support thereof:

    1.    Pursuant to the Court's August 8, 2014 Order, a summary of all wages paid to Plaintiff is attached.

    2.    Pursuant to the Court's September 17, 2014 Order, Plaintiff has been provided with 105 pages of documents that support Defendants' defenses and pertain to Plaintiff's alleged claims.

Respectfully submitted,

/s Gary A. Costales_____
Gary A. Costales
Florida Bar No. 0948829

Law Office of
Gary A. Costales, P.A.
1200 Brickell Avenue, Suite 1230
Miami, Florida 33131
(305) 375-9510
(305) 375-9511(facsimile)
costalesgary@hotmail.com

### CERTIFICATE OF SERVICE

**I hereby certify** that on September 19, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales__
Attorney

### SERVICE LIST

*Franco Saponaro Di Babbo v. Techno Print and Marketing Corp and Henry Medina*
**Case No. 14-22902-CIV-Williams/Simonton**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Daniel T. Feld, Esq. | Gary A. Costales, Esq. |
| E-mail: danielfeld.esq.@gmail.com | E-mail: costalesgary@hotmail.com |
| | |
| J.H. Zidell, P.A. | Gary A. Costales, P.A. |
| 300 71st Street, Suite 605 | 1200 Brickell Ave. Suite 1230 |
| Miami Beach, FL 33141 | Miami, Florida 33131 |
| Telephone: (954) 865-6766 | Telephone: (305) 375-9510 Ext. 314 |
| Facsimile: (954) 865-7167 | Facsimile: (305) 375-9511 |
| Notice of Electronic Filing | Notice of Electronic Filing |
| Attorney for Plaintiff | Attorney for Defendants |