6:52 PM
09/03/14
Accrual Basis

# TECHNOPRINT AND MARKETING
## Transaction Detail By Account
### January through December 2012

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **FRANCO SOPERANO** | | | | | | | | | | |
| Check | 01/02/2012 | 1016 | | FRANCO SOPERA... | | | SUNTRUST | 175.00 | | 175.00 |
| Check | 01/02/2012 | 1020 | | FRANCO SOPERA... | | | SUNTRUST | 175.00 | | 350.00 |
| Check | 01/02/2012 | 1021 | | FRANCO SOPERA... | | | SUNTRUST | 200.00 | | 550.00 |
| Check | 01/02/2012 | 1045 | | FRANCO SOPERA... | | | SUNTRUST | 210.00 | | 760.00 |
| Check | 02/02/2012 | 1050 | | FRANCO SOPERA... | | | SUNTRUST | 210.00 | | 970.00 |
| Check | 02/02/2012 | 1072 | | FRANCO SOPERA... | | | SUNTRUST | 200.00 | | 1,170.00 |
| Check | 02/02/2012 | 1078 | | FRANCO SOPERA... | | | SUNTRUST | 200.00 | | 1,370.00 |
| Check | 02/02/2012 | 1092 | | FRANCO SOPERA... | | | SUNTRUST | 200.00 | | 1,570.00 |
| Check | 03/02/2012 | 1100 | | FRANCO SOPERA... | | | SUNTRUST | 200.00 | | 1,770.00 |
| Check | 03/02/2012 | 1109 | | FRANCO SOPERA... | | | SUNTRUST | 200.00 | | 1,970.00 |
| Check | 03/02/2012 | 1401 | | FRANCO SOPERA... | | | SUNTRUST | 210.00 | | 2,180.00 |
| Check | 03/02/2012 | 1409 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 2,420.00 |
| Check | 04/03/2012 | 1419 | | FRANCO SOPERA... | | | SUNTRUST | 236.00 | | 2,656.00 |
| Check | 04/03/2012 | 1430 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 2,896.00 |
| Check | 04/03/2012 | 1439 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 3,136.00 |
| Check | 04/03/2012 | 1449 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 3,376.00 |
| Check | 04/03/2012 | 1494 | | FRANCO SOPERA... | | | SUNTRUST | 235.00 | | 3,611.00 |
| Check | 05/01/2012 | 1470 | | FRANCO SOPERA... | | | SUNTRUST | 235.00 | | 3,846.00 |
| Check | 05/01/2012 | 1479 | | FRANCO SOPERA... | | | SUNTRUST | 235.00 | | 4,081.00 |
| Check | 05/01/2012 | 1505 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 4,321.00 |
| Check | 05/01/2012 | 1519 | | FRANCO SOPERA... | | | SUNTRUST | 230.00 | | 4,551.00 |
| Check | 06/01/2012 | 1485 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 4,791.00 |
| Check | 06/01/2012 | 1525 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 5,031.00 |
| Check | 06/01/2012 | 8001/... | | FRANCO SOPERA... | | | SUNTRUST | 235.00 | | 5,266.00 |
| Check | 06/01/2012 | 8001/... | | FRANCO SOPERA... | | | SUNTRUST | 235.00 | | 5,501.00 |
| Check | 07/01/2012 | 1535 | | FRANCO SOPERA... | | | SUNTRUST | 230.00 | | 5,731.00 |
| Check | 07/01/2012 | 1541 | | FRANCO SOPERA... | | | SUNTRUST | 230.00 | | 5,961.00 |
| Check | 07/01/2012 | 1548 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 6,201.00 |
| Check | 07/01/2012 | 1556 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 6,441.00 |
| Check | 08/02/2012 | 1611 | | FRANCO SOPERA... | | | SUNTRUST | 235.00 | | 6,676.00 |
| Check | 08/02/2012 | 1621 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 6,916.00 |
| Check | 08/02/2012 | 1628 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 7,156.00 |
| Check | 09/01/2012 | 1573 | | FRANCO SOPERA... | | | SUNTRUST | 230.00 | | 7,386.00 |
| Check | 09/01/2012 | 1578 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 7,626.00 |
| Check | 09/01/2012 | 1636 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 7,866.00 |
| Check | 10/01/2012 | 1581 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 8,106.00 |
| Check | 10/01/2012 | 1588 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 8,346.00 |
| Check | 10/01/2012 | 1597 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 8,586.00 |
| Check | 10/01/2012 | 1605 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 8,826.00 |
| Check | 10/01/2012 | 8001 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 9,066.00 |
| Check | 11/01/2012 | 1643 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 9,306.00 |
| Check | 11/01/2012 | 1654 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 9,546.00 |
| Check | 11/01/2012 | 1661 | | FRANCO SOPERA... | | | SUNTRUST | 210.00 | | 9,756.00 |
| Check | 11/01/2012 | 1667 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 9,996.00 |

10:16 PM
09/06/14
Accrual Basis

# TECHNOPRINT AND MARKETING
## Transaction Detail By Account
### January through December 2012

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 11/01/2012 | 8001/... | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 10,236.00 |
| Check | 12/01/2012 | 1676 | | FRANCO SOPERA... | | | SUNTRUST | 240.00 | | 10,476.00 |
| Total FRANCO SOPERANO | | | | | | | | 10,476.00 | 0.00 | 10,476.00 |
| TOTAL | | | | | | | | 10,476.00 | 0.00 | 10,476.00 |

10:28 PM
09/06/14
Accrual Basis

# TECHNOPRINT AND MARKETING
## Transaction Detail By Account
### January through December 2013

**FRANCO SOPERANO**

| Type | Date | Num | Name | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 01/01/2013 | 1702 | FRANCO SOPERA... | SUNTRUST | 240.00 | 240.00 |
| Check | 01/01/2013 | 1709 | FRANCO SOPERA... | SUNTRUST | 240.00 | 480.00 |
| Check | 01/01/2013 | 1717 | FRANCO SOPERA... | SUNTRUST | 240.00 | 720.00 |
| Check | 01/01/2013 | 1727 | FRANCO SOPERA... | SUNTRUST | 240.00 | 960.00 |
| Check | 02/01/2013 | 1732 | FRANCO SOPERA... | SUNTRUST | 235.00 | 1,195.00 |
| Check | 02/01/2013 | 1746 | FRANCO SOPERA... | SUNTRUST | 235.00 | 1,430.00 |
| Check | 02/01/2013 | 1756 | FRANCO SOPERA... | SUNTRUST | 210.00 | 1,640.00 |
| Check | 03/01/2013 | 1265 | FRANCO SOPERA... | SUNTRUST | 240.00 | 1,880.00 |
| Check | 03/01/2013 | 1851 | FRANCO SOPERA... | SUNTRUST | 240.00 | 2,120.00 |
| Check | 03/01/2013 | 1858 | FRANCO SOPERA... | SUNTRUST | 235.00 | 2,355.00 |
| Check | 03/01/2013 | 1874 | FRANCO SOPERA... | SUNTRUST | 240.00 | 2,595.00 |
| Check | 03/01/2013 | 1868 | FRANCO SOPERA... | SUNTRUST | 240.00 | 2,835.00 |
| Check | 04/02/2013 | 1796 | FRANCO SOPERA... | SUNTRUST | 240.00 | 3,075.00 |
| Check | 04/02/2013 | 1803 | FRANCO SOPERA... | SUNTRUST | 220.00 | 3,295.00 |
| Check | 04/02/2013 | 1813 | FRANCO SOPERA... | SUNTRUST | 235.00 | 3,530.00 |
| Check | 04/02/2013 | 1879 | FRANCO SOPERA... | SUNTRUST | 240.00 | 3,770.00 |
| Check | 05/01/2013 | 1823 | FRANCO SOPERA... | SUNTRUST | 230.00 | 4,000.00 |
| Check | 05/01/2013 | 1832 | FRANCO SOPERA... | SUNTRUST | 230.00 | 4,230.00 |
| Check | 05/01/2013 | 1838 | FRANCO SOPERA... | SUNTRUST | 230.00 | 4,460.00 |
| Check | 05/01/2013 | 1844 | FRANCO SOPERA... | SUNTRUST | 230.00 | 4,690.00 |
| Check | 06/01/2013 | 003 | FRANCO SOPERA... | SUNTRUST | 230.00 | 4,920.00 |

..6 PM
09/06/14
Accrual Basis

# TECHNOPRINT AND MARKETING
## Transaction Detail By Account
### January through December 2013

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 06/01/2013 | 13 | FRANCO SOPERA... | | | SUNTRUST | 210.00 | 5,130.00 |
| Check | 06/01/2013 | 006 | FRANCO SOPERA... | | | SUNTRUST | 230.00 | 5,360.00 |
| Check | 07/01/2013 | 1885 | FRANCO SOPERA... | | | SUNTRUST | 205.00 | 5,565.00 |
| Check | 07/01/2013 | 1893 | FRANCO SOPERA... | | | SUNTRUST | 175.00 | 5,740.00 |
| Check | 07/01/2013 | 1898 | FRANCO SOPERA... | | | SUNTRUST | 65.00 | 5,805.00 |
| Check | 07/01/2013 | 1904 | FRANCO SOPERA... | | | SUNTRUST | 220.00 | 6,025.00 |
| Check | 07/01/2013 | 1915 | FRANCO SOPERA... | | | SUNTRUST | 210.00 | 6,235.00 |
| Check | 07/01/2013 | 1919 | FRANCO SOPERA... | | | SUNTRUST | 230.00 | 6,465.00 |
| Check | 08/01/2013 | 1925 | FRANCO SOPERA... | | | SUNTRUST | 215.00 | 6,680.00 |
| Check | 08/01/2013 | 1929 | FRANCO SOPERA... | | | SUNTRUST | 210.00 | 6,890.00 |
| Check | 08/01/2013 | 1945 | FRANCO SOPERA... | | | SUNTRUST | 225.00 | 7,115.00 |
| Check | 08/01/2013 | 1936 | FRANCO SOPERA... | | | SUNTRUST | 210.00 | 7,325.00 |
| Check | 09/02/2013 | 1959 | FRANCO SOPERA... | | | SUNTRUST | 215.00 | 7,540.00 |
| Check | 09/02/2013 | 1967 | FRANCO SOPERA... | | | SUNTRUST | 215.00 | 7,755.00 |
| Check | 09/02/2013 | 1951 | FRANCO SOPERA... | | | SUNTRUST | 210.00 | 7,965.00 |
| Check | 10/01/2013 | 2158 | FRANCO SOPERA... | | | SUNTRUST | 230.00 | 8,195.00 |
| Check | 10/01/2013 | 2168 | FRANCO SOPERA... | | | SUNTRUST | 230.00 | 8,425.00 |
| Check | 10/01/2013 | 2178 | FRANCO SOPERA... | | | SUNTRUST | 220.00 | 8,645.00 |
| Check | 10/01/2013 | 80004 | FRANCO SOPERA... | | | SUNTRUST | 225.00 | 8,870.00 |
| Check | 11/01/2013 | 2181 | FRANCO SOPERA... | | | SUNTRUST | 220.00 | 9,090.00 |
| Check | 11/01/2013 | 2193 | FRANCO SOPERA... | | | SUNTRUST | 235.00 | 9,325.00 |
| Check | 11/01/2013 | 2217 | FRANCO SOPERA... | | | SUNTRUST | 220.00 | 9,545.00 |
| Check | 11/01/2013 | 2228 | FRANCO SOPERA... | | | SUNTRUST | 203.00 | 9,748.00 |
| Check | 11/01/2013 | 2230 | FRANCO SOPERA... | | | SUNTRUST | 220.00 | 9,968.00 |
| Check | 12/02/2013 | 2002 | FRANCO SOPERA... | | | SUNTRUST | 240.00 | 10,208.00 |
| Check | 12/02/2013 | 2014 | FRANCO SOPERA... | | | SUNTRUST | 240.00 | 10,448.00 |
| Check | 12/02/2013 | 2017 | FRANCO SOPERA... | | | SUNTRUST | 240.00 | 10,688.00 |
| Check | 12/02/2013 | 2197 | FRANCO SOPERA... | | | SUNTRUST | 220.00 | 10,908.00 |
| Total FRANCO SOPERANO | | | | | | | 10,908.00 | 10,908.00 |