UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-22902-CIV-Williams/Simonton

FRANCO SAPONARO DI BABBO, and
all others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

TECHNO PRINT AND MARKETING CORP.
and HENRY MEDINA

    Defendants.

_____/

## ORDER

This matter is before the Court on Defendants counsel's motion to withdraw as counsel for Defendants, Techno Print and Marketing Corp. and Henry Medina. (DE 24). For the reasons stated at the status conference, the Court **GRANTS** the motion. Gary Costales is relieved of further responsibility in this case. New counsel for Defendant Techno Print and Marketing Corp. shall appear in the case **on or before December 1, 2014**. Failure to comply with this order may result in default judgment against Techno Print and Marketing Corp. on appropriate motion.

As noted at the hearing, Techno Print and Marketing Corp. is required to obtain an attorney, but Henry Medina may proceed *pro se*. By **December 1, 2014**, Mr. Medina shall notify the Court whether he has engaged counsel or intends to proceed *pro se*. *Pro se* litigants, like all litigants, are required to comply with the Court's orders, the Federal Rules of Civil Procedure, and the

Local Rules for the Southern District of Florida. The Local Rules may be obtained from the Clerk of Court. Some (but not all) of the requirements of the rules of procedure are as follows:

1. No letters, pleadings, motions, or other documents may be sent directly to a District Judge or Magistrate Judge concerning this case. Instead, pleadings, motions, memorandum, or other matters allowed by the procedural rules must be filed with the Clerk of Court. Any pleadings, motions, memorandum, or other papers submitted directly to a District Judge or Magistrate Judge instead of to the Clerk of Court will be disregarded by the judge.

2. *Pro se* litigants may either send or hand-deliver one original and one copy of every pleading, motion, memorandum, or other paper directly to the Clerk of Court. All pleadings filed must include the case style, case number, and appropriate title in the format required by the Local Rules. *See Sample Form Following Local Rule 5.1.* The signature block of each pleading must contain the *pro se* litigant's name, address, and telephone number. Each pleading must also include the full name and address of the plaintiff, or, if the plaintiff is represented by a lawyer, the lawyer's name and address.

3. Litigants must promptly notify the Court in writing of any change in address by filing a "Notice of Change of Address," which must include the case number and litigant's name and new address, and must be served on opposing counsel.

4. Motions to Dismiss and Motions for Summary Judgment are dispositive motions which, if granted, will result in dismissal of a case. It is therefore

important for *pro se* litigants to respond to these motions within the time prescribed by the rules of procedure.

DONE AND ORDERED in Chambers at Miami this 17 day of November, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Henry Medina
3618 W. Flagler Street
Miami, FL 33135