# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
## CASE NO.: 14-22902-CIV-WILLIAMS/SIMONTON

**FRANCO SAPONARO DI BABBO** and all
others similarly situated under 29 U.S.C.
216(b),
**Plaintiff,**

vs.

**TECHNO PRINT AND MARKETING CORP
HENRY MEDINA,
Defendants.**
_____ /



FILED by _____ D.C.

DEC 01 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO OBTAIN LEGAL COUNSEL

COMES NOW **HENRY MEDINA** (Medina), pro se, and respectfully requests that the Court extend the time for Defendants to obtain legal counsel, and states:

1. On 11/17/2014 the Court issue an order allowing Defendants' prior counsel to withdraw and giving Defendants until 12/1/2014 to obtain new counsel (D.E. # 28). This motion is timely.

2. Medina has actively sought legal counsel for Defendant Techno Print and Marketing Corporation, and for him, but, as of this date, has been unable to obtain legal counsel.

3. Medina continues to seek legal counsel, and respectfully request that Defendants time to obtain legal counsel be extended by 30 days, or until December 26, 2014. This motion is submitted in good faith and will not prejudice Plaintiff.

WHEREFORE, Medina respectfully requests that his motion be granted.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a) (3), Medina has called Plaintiff's counsel to ascertain his position with regards to this motion and: ( ✓ ) is authorized to represent that Plaintiff does not object to the motion; ( ) Plaintiff objects to the motion; ( ) Medina has been unable to communicate with Plaintiff's counsel and ascertain Plaintiff's position.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I serve a copy of this motion on Plaintiff's attorney by U.S. Mail this __Nov. 28th 2014__ by mailing the motion to: Jamie H. Zidell, Esq. 300 71 Street, Suite 605, Miami Beach, FL 33141.

Respectfully submitted,

/s/ H. Medina

HENRY MEDINA, Pro se
3618 W Flagler Street
Miami, FL 33135
305-505-9070

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-22902-CIV-WILLIAMS/SIMONTON

FRANCO SAPONARO DI BABBO and all
others similarly situated under 29 U.S.C.
216(b),
Plaintiff,

vs.

TECHNO PRINT AND MARKETING CORP
HENRY MEDINA,
Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for an Extension of Time to OBTAIN LEGAL COUNSEL

**UPON CONSIDERATION** of the Motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that said Motion be, and the same is, hereby GRANTED. Defendants shall have until December 26, 2014 to obtain new counsel.

**DONE AND ORDERED** in Chambers at Miami, Florida this

_____ day of _____, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

copies provided:
Counsel of Record and
Henry Medina

3