UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

**Franco Saponaro Di Bobbo**, Plaintiff,

vs. **Techno Print and Marketing Corp.**
**Henry Medina**, Defendant(s)

Case No. **14-22902-CIV-Williams/Simonton**

FILED by AP D.C.
DEC 19 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Motion For Referral To Volunteer Attorney Program

I, **Henry Medina**, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: */s/ Henry Medina*
Printed name: **Henry Medina**
Address: **3618 W Flagler Street, Miami Florida 33135**
email: **printideas1@aol.com**

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/**U.S. Mail**/other] on [date] on all counsel or parties of record on the Service List below.

Signature: */s/ Henry Medina*
Printed name: **Henry Medina**

**SERVICE LIST**
Attorney or Party Name
Attorney or Party E-mail Address
Firm Name
Street Address City, State, Zip Code
Telephone: (xxx) xxx-xxxx
Facsimile: (xxx) xxx-xxxx
Attorneys for Plaintiff/Defendant

**Christopher Nathaniel Cochran**
**J.H. Zidell, P.A.**
**300 71st Street - Suite 605**
**Miami Beach, FL 33141**
**305-865-6766**
**Fax 305-865-7167**
Email: **cnc02g@gmail.com**
**Attorney for Plaintiff**