UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-22902-CIV-Williams/Simonton

FRANCO SAPONARO DI BABBO, and
all others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

TECHNO PRINT AND MARKETING CORP.
and HENRY MEDINA

    Defendants.

_____/

## ORDER

This matter is before the Court on the request of Defendant Henry Medina for counsel.[1] (DE 31). Under 28 U.S.C. § 1915(e)(1), the appointment of counsel is discretionary and is warranted only where there are exceptional circumstances, which the Court does not find here. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999).

After reviewing the matter, it is **ORDERED** that the request for appointment of counsel is **DENIED**; however, it is **FURTHER ORDERED** that this matter is referred to the Court's Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis if so desired. The Clerk will obtain a description of the case and contact information to post on the Court's website of available *pro bono* cases seeking volunteer lawyers. If the representation is accepted, the volunteer attorney shall enter an appearance in

---

[1] In a previous order (DE 30), the Court granted Defendants an extension of time to obtain counsel. Defendant filed the instant motion before that deadline.

the case and thereafter will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel. No deadlines in the case shall be altered by the fact of this order or the subsequent appearance of volunteer counsel.

DONE AND ORDERED in Chambers at Miami this 26 day of January, 2015.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:

Henry Medina
3618 W. Flagler Street
Miami, FL 33135