UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-22902-CIV-Williams/Simonton

FRANCO SAPONARO DI BABBO, and
all others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

TECHNO PRINT AND MARKETING CORP.
and HENRY MEDINA

    Defendants.

_____/

## ORDER

This matter is before the Court *sua sponte*. It is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida, the Court hereby **ORDERS** the parties to attend a Settlement Conference before Magistrate Judge Andrea M. Simonton within **21 days of this order**.[1] Plaintiff's counsel must confer with Defendants (or their counsel if any have appeared) and contact Magistrate Judge Simonton's Chambers **within 7 days of this order** to schedule a date for the Settlement Conference. Magistrate Judge Simonton will issue an Order Scheduling Settlement Conference outlining the time and requirements for the Settlement Conference. The Settlement

---

[1] To the extent that the Court's previous reference (DE 26) to Magistrate Judge Simonton creates a conflict with this order, that reference is withdrawn.

Conference date may not be extended without prior approval from Magistrate Judge Simonton.

Except as provided under Local Rule 16.2.E for public-sector entities, the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory. Appearance shall be in person; telephonic appearance is prohibited. If insurance is involved, an adjustor with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

All discussions, representations and statements made at the Settlement Conference will be confidential and privileged.

The parties are responsible for ensuring that within **seven days** following the Settlement Conference, a report is filed that indicates whether the case settled (in full or in part), the Settlement Conference was continued with the consent of the parties, or Magistrate Judge Simonton declared an impasse.

2. In all FLSA cases, if the case is resolved by way of settlement, judicial review and approval of the settlement is necessary to give the settlement final and binding effect. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Accordingly, this matter is also **REFERRED** to Magistrate Judge Andrea M. Simonton to determine whether any settlement in this matter is "a fair and reasonable resolution of a bona fide dispute." *Id.*

DONE AND ORDERED in Chambers at Miami this 26 day of January, 2015.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
    Henry Medina
    3618 W. Flagler Street
    Miami, FL 33135