UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-22902-CIV-Williams/Simonton

FRANCO SAPONARO DI BABBO, and
all others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

TECHNO PRINT AND MARKETING CORP.
and HENRY MEDINA

    Defendants.

_____/

## ORDER

This matter is before the Court on Plaintiff's notice of potential calendar conflict. (DE 40). Unless and until a motion to continue is filed and granted, the case remains scheduled for trial per the Court's scheduling order. (DE 26).

DONE AND ORDERED in Chambers at Miami this 7 day of March, 2015.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE