UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-22902-CIV-WILLIAMS/SIMONTON

FRANCO SAPONARO DI BABBO and all
others similarly situated under 29 U.S.C.
216(b),

        Plaintiff,

vs.

TECHNO PRINT AND MARKETING
CORP.
HENRY MEDINA

        Defendants.

## ORDER

This cause came before the Court on Plaintiffs' Motion to Withdraw ~~Attorney~~. (DE 43). The Court has reviewed the motion and noted that five other attorneys from the law firm of J.H. Zidell, P.A. have already appeared in the case. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion to Withdraw Attorney Daniel T. Feld, Esq., as counsel for Plaintiffs (DE 43) is hereby **GRANTED**. The law firm of J.H. Zidell, P.A. will remain counsel of record and all other attorneys who have appeared in this action shall remain counsel of record on behalf of Plaintiffs. The Clerk is instructed to remove Daniel T. Feld, Esq. from receiving further filings in this case.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 11th day of March 2015.

                                          KATHLEEN M. WILLIAMS
                                          UNITED STATES DISTRICT JUDGE