UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-22902-CIV-WILLIAMS/SIMONTON

FRANCO SAPONARO DI BABBO and all others similarly situated under 29 U.S.C. 216(b), )
)
)
)
      Plaintiff, )
vs. )
)
TECHNO PRINT AND MARKETING CORP )
HENRY MEDINA, )
)
      Defendants. )
_____ )

### NOTICE OF APPEARANCE OF COUNSEL

Comes Now Plaintiff, by and through undersigned counsel and hereby files his Notice of Appearance and in support thereof states as follows:

1. The undersigned Elizabeth Olivia Hueber on behalf of the firm J.H. Zidell, P.A. hereby files her notice of appearance.

Respectfully Submitted,

    J.H. Zidell, P.A.
    *Attorneys for Plaintiff*
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167

    By: /s/ Elizabeth O. Hueber
    Elizabeth Olivia Hueber
    Florida Bar Number: 0073061

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 9, 2015 and the following were served via ECF.

> J.H. Zidell, P.A.
> *Attorneys for Plaintiff*
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
>
> By: /s/ Elizabeth O. Hueber
> Elizabeth Olivia Hueber
> **Florida Bar Number: 0073061**

Gary Andrew Costales
Gary A. Costales
1200 Brickell Ave
Suite 1230
Miami, FL 33131
305-375-9510
Fax: 305 375 9511
Email: costalesgary@hotmail.com