UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-22902-CIV-WILLIAMS/SIMONTON

FRANCO SAPONARO DI BABBO and all )
others similarly situated under 29 U.S.C. )
216(b), )
   )
   )
      Plaintiff, )
  vs. )
   )
   )
TECHNO PRINT AND MARKETING CORP. )
HENRY MEDINA )
   )
      Defendants. )
_____ )

**PLAINTIFF'S MOTION IN LIMINE**

    **COMES NOW** Plaintiff, by and through undersigned Counsel, and files his Motion in Limine:

**MEMORANDUM OF POINTS AND AUTHORITIES**

    The Court should determine admissibility via a motion in limine. *Zenith Radio Corp. v. Matsushita Elec. Indus. Co.*, 505 F. Supp 1125, 1146 (E.D. Pa. 1980), *aff'd in part*, 723 F.2d 238 (3rd Cir. 1983), *rev'd on other grounds*, 475 U.S. 574 (1986).  The motion in limine derives from the court's authority to control the trial process. *See*, *e.g.*, Luce v U.S. (1984) 469 US 38, 41 (1984).

    Fed. R. Evid. 403 provides that, "[t]he court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."  "The court excludes evidence on a Motion In Limine only if the evidence is clearly inadmissible for any purpose." In re Mirabilis Ventures, Inc., 09-CV-271-ORL-31-DAB, 2011 WL 3236027, at 5 (M.D. Fla. July 28, 2011).

There is no legal basis for referring to attorneys' fees and costs at trial. Attorneys' fees and costs are post-trial issues for the Court that do not relate to any question of fact for the jury to answer. *See* 29 U.S.C. § 216(b). There is no longer any basis, not even in closing argument, to refer to attorneys' fees and costs to the jury. <u>Dingman v. Cart Shield USA, LLC</u>, 12-20088-CIV, 2013 WL 3353835 (S.D. Fla. July 3, 2013) (ordering defendants in an FLSA case not to refer to attorneys' fees and costs at trial).

Defendants have an interest in bringing up the FLSA's provisions regarding attorneys' fee awards and liquidated damages in order to make it appear as if Plaintiff will be compensated an inappropriate amount. A jury cannot equitably consider the FLSA's policy considerations in awarding attorneys' fees and liquidated damages, and therefore might be persuaded into reducing or setting off an award. This scenario is a quintessential example of evidence prohibited under Fed. R. Evid. 403.

Referencing attorney fees, costs or liquidated damages has absolutely no probative value and can only possibly be used to unfairly prejudice the jury. As such, any reference to attorney fees, costs or liquidated damages at trial should be excluded. Moreover, liquidated damages, fees and costs are determined by the Court post-trial and the jury has no need to hear about them.

Respectfully submitted, this July 6, 2015.

**J.H. Zidell, P.A.**
Attorneys For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:__/s/ Elizabeth O. Hueber ____
Elizabeth O. Hueber
Florida Bar No.: 0073061

**Certification of Good Faith Effort to Resolve this Matter**

I reached out to Defendants[1] via telephone at or around 12:00 pm today, July 6, 2015, and Defendant Henry Medina did not answer. I left a voicemail requesting a call back at that time. As of the time of this filing, Defendant Henry Medina has not called back and has not otherwise contacted Plaintiff's counsel. Defendants were also sent a copy of Plaintiffs' proposed filings via email today, July 6, 2015, and as of the time of this filing, Defendants have not responded.

By:__/s/ Elizabeth O. Hueber____
Elizabeth O. Hueber

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was served via this Court's CMF/ECF system on July 6, 2015, and further, was e-mailed to *pro se* Defendants in this matter.

**J.H. Zidell, P.A.**
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
By:__/s/ Elizabeth O. Hueber____
Elizabeth O. Hueber
Florida Bar No.: 0073061

Henry Medina
3618 W. Flagler Street
Miami, Florida 33135
Email: printideas1@aol.com
PRO SE DEFENDANTS

---

[1] Techno Print and Marketing, Corp. is not represented by counsel, and thus, cannot consent or oppose.