UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-22902-CIV-WILLIAMS/SIMONTON

FRANCO SAPONARO DI BABBO and all others similarly situated under 29 U.S.C. 216(b),

       Plaintiff,

vs.

TECHNO PRINT AND MARKETING CORP. AND HENRY MEDINA

       Defendants.
_____

## CERTIFICATE REGARDING COMPLIANCE WITH SCHEDULING ORDER

**COMES NOW** Plaintiff, by and through undersigned Counsel, and files this Certificate Regarding Compliance with Scheduling Order, and in support thereof, states as follows:

### MEMORANDUM OF POINTS AND AUTHORITIES

1. Defendant Henry Medina is representing himself, *pro se*, and the remaining Defendant. Corporate Defendant Techno Print and Marketing Corp. is not represented by counsel and cannot represent itself.

2. This Court ordered that the parties file together a pretrial stipulation on July 6, 2015 via an order dated October 30, 2014 [DE 26].

3. Counsel for Plaintiff and Defendant Medina spoke about these obligations on July 3, 2015. As Defendant Medina is not a legal professional, he has expressed that he was uncomfortable with stipulating on any issue. He stated that he would make an attempt to work with Plaintiff's counsel on this on July 6, 2015, but could not guarantee his full participation.

4. Plaintiff's counsel has called, left messages, and e-mailed Defendant Medina without a response.

5. Counsel for Plaintiff has prepared the attached Jury Instructions, Verdict Form Pretrial Stipulation, Witness List, and Exhibit List in pursuit of completing their obligations under the pretrial stipulation. These documents represent Plaintiff's counsel's drafts, and not actual stipulations between the parties.

Wherefore, Plaintiff requests that this Court consider that Plaintiff's obligations under the scheduling order are fulfilled, and that this Court either order Defendant to participate in the pretrial requirements, or otherwise enter an order

Respectfully submitted, this sixth day of July, 2015.

> **J.H. Zidell, P.A.**
> Attorneys For Plaintiff
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
>
> By:__/s/ Elizabeth O. Hueber  ____
> Elizabeth O. Hueber
> Florida Bar No.: 0073061

## **Certification**

I certify that the above is true to the best of my knowledge.

> By:__/s/ Elizabeth O. Hueber  ____
> Elizabeth O. Hueber

## CERTIFICATE OF SERVICE:

  I hereby certify that a true and correct copy of the foregoing was served via this Court's CMF/ECF system on July 6, 2015, and further, was e-mailed to *pro se* Defendants in this matter.

                **J.H. Zidell, P.A.**
                Attorney For Plaintiff
                300 71st Street, Suite 605
                Miami Beach, Florida 33141
                Tel: (305) 865-6766
                Fax: (305) 865-7167

                By:__/s/ Elizabeth O. Hueber _____
                  Elizabeth O. Hueber
                Florida Bar No.: 0073061

Henry Medina
3618 W. Flagler Street
Miami, Florida 33135
Email: printideas1@aol.com
PRO SE DEFENDANT