| United States District Court |||||
|---|---|---|---|---|
| SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION |||||
| FRANCO SAPONARO DI BABBO, *and all others similarly situated under 29 U.S.C. § 216(b)*,<br><br>    Plaintiff,<br>  vs.<br><br>TECHNO PRINT AND MARKETING CORP, HENRY MEDINA,<br><br>    Defendants. |||| **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 14-22902-CIV-WILLIAMS/SIMONTON |
| PRESIDING JUDGE<br>Honorable<br>KATHLEEN M. WILLIAMS | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 ||| DEFENDANT'S ATTORNEY<br>PRO SE |
| TRIAL DATE(S)<br>August 24, 2015 |||||
| PLF. NO | DEF. NO | DATE OFFERED | MARKED | |
| 1 | | | | Plaintiff, FRANCO SAPONARO DI BABBO, c/o J.H. Zidell P.A. 300 71st Street, Suite 605, Miami Beach, FL 33141, (305)865-6766. Summary of testimony: all allegations in the pleadings. |
| 2 | | | | 30(b)(6) corporate representative of Defendant, TECHNO PRINT AND MARKETING CORP, 3618 West Flagler Street, Miami, Florida 33135, (305)445-9215. Summary of testimony: all allegations in the pleadings. |
| 3 | | | | Defendant, HENRY MEDINA, 3618 West Flagler Street, Miami, Florida 33135, (305)445-9215. Summary of testimony: all allegations in the pleadings. |
| 4 | | | | Juan Cabral, 10207 SW 4th Street, Miami, Florida 33174, (305)401-0055. Summary of testimony: hours worked by Plaintiff and pay violations. |
| 5 | | | | Reinaldo Duran, 5091 NW 7th Street, #305, Miami, Florida 33126, (305)967-9375. Summary of testimony: hours worked by Plaintiff and pay violations. |
| 6 | | | | Magaly Garcia, 3691 SW 5th Terrace, Apt. 312, Miami, Florida 33135, (786)942-8518. Summary of Testimony: Plaintiff's daily schedule. |
| 7 | | | | Alexander (last name currently unknown), 1845 NW 11th Street, Miami, Florida 33125. Summary of testimony: hours worked by Plaintiff and pay violations. |
| 8 | | | | Impeachment witnesses. |

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | | | Rebuttal witnesses. |
| 10 | | | | | Any witnesses listed on Defendants' witness list that are not objected to by Plaintiff or who are allowed to testify over Plaintiff's objections. |