(Rev 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 14-22902-CIV-Williams/Simonton

Franco Saponaro Di Babbo, and all others similarly situated under 29 U.S.C. § 216(b)

Plaintiff(s)

v.

Techno Print and Marketing Corp.
Henry Medina

Defendant(s)

FILED by /MM/ D.C.
JUL 09 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

RESPONSE TO DENY PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

(TITLE OF DOCUMENT)

1. I, Henry Medina, defendant, in the above styled cause, oppose plaintiff's motion for entry of default, for each paragraph stated by plaintiff.

Paragraph #1
I followed instruction by the court in trying to obtain counsel within my medium financial means to no avail. I am the sole employee of the company and therefore I need to represent the company and my self personally. Specially in a case that doesn't have any merit.

Paragraph #2 - I am grateful court granted extension to obtain counsel, to which I have not being successful due to financial hardship. I even apply for Referral to Volunteer Attorney Program, to which attorneys by the plaintiff's responded to my motion opposing my need.

Paragraph #3.

Even though any corporation should be represented by counsel, there are sometimes exemptions that exist due to the size of corporations when they don't have the means to pay for counsel, leaving a decision of a case on a technicality and not in the merit of the case.

I, Henry Medina still need to represent me and therefore the corporation in this particular situation.

Paragraph #4

I have maintain communications channels open with ALL ATTORNEYS of the plaintiffs. I have only seen a revolving doors of attorneys in this case, where each and everyone had petitioned to withdraw from the case. They have the luxury to change, where in my case, I am the only one.

I have asked for exchange of documents and their proofs, but as of now I haven't received any. I have been very cooperative to the best of my capabilities in the legal civil procedures.

(Rev. 10/2002) General Document

the motion filed by the plaintiff for entry of default, I didn't receive service by mail as of today, but from an automatic print from the Clerks' office, and that is why I am responding.

Please & ask court that that I should be granted to be present personally.

Thank you.

**Certificate of Service**

I, Henry Medina, certify that on this date 7-9-15 a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: Henry Medina
Printed or typed name of Filer

Signature of Filer

E-mail/address: onntideas1@aol.com

Florida Bar Number

505-505-9070
Phone Number

3618 W. Flagler St
Street Address

Miami, FL 33135
City, State, Zip Code

Facsimile Number