(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida
Case Number: 1:14-cv-22902-KMW

Franco Saponaro Di Babbo
_____
Plaintiff(s)

v.

Techno Print & Marketing Corp
Henry Medina
_____
Defendant(s)

FILED by AP D.C.

JUL 21 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Certificate of Compliance to Exchange Documents
(TITLE OF DOCUMENT)

I, Henry Medina _____ defendant, in the above styled cause,

hereby make the court know that pursuant
to the judges order of June 11th, 2015 (DE#47)
I mailed certified documents to the plaintiff
on July 5th, 2015 exchanging documents

Documents mailed were:
1) Corporate Tax Return 2011, 2012, 2013
2) W-9 by Franco Saponaro
3) Florida Corporation – Reinaldo Duran Production
   where Franco Saponaro is an officer
4) Florida Corporation – Avenue International Magazine
   where Franco Saponaro is an officer
5) 1099's year 2011, 12, 13 for Franco Saponaro
6) Certification of Letter Served

I also like the court know
I didn't receive any document
from Plaintiff's attorneys.
as exchange to support their.
claims. as stated by
judge Simonton on (DE #47)

(Rev. 10/2002) General Document

**Certificate of Service**

I _____ , certify that on this date _____ a true copy

of the foregoing document was mailed to: _____
                                                   name(s) and address(es)

_____

By: *Henry Medina* _____        *W Medina* (signature) _____
Printed or typed name of Filer                    Signature of Filer

_____                _____
Florida Bar Number                          E-mail address

_____                _____
Phone Number                                Facsimile Number

*3618 West Flagler #5*
Street Address

*Miami, Fl. 33135*
City, State, Zip Code

July 5th, 2015


## EXCHANGE OF DOCUMENTS FOR CLAIMS AND DEFENSES
## AS PER COURT ORDER
Case Number: 1:14-cv-22902-KMW


Dear Attorneys to the Plaintiff,

Pursuant to the judges order of June 11th, 2015 (DE #47), I attach the documents that I have that may support the claims or defenses set forth in this case.

Pursuant to that order, please provide to me on/or before July 9th, 2015 all documents in your possession that support the claims or defenses in this action.


I hereby certify that I served a copy of this document with attachments to:

Julia M. Garrett, Esq.
J.H. Zidell, P.A.
300   71st Street – Suite 605
Miami Beach, FL 33141
305 865 6766
Fax 305 865 7167

Elizabeth Hueber, Esq.
J.H. Zidell, P.A.
300   71st Street – Suite 605
Miami Beach, FL 33141
305 865 6766
Fax 305 865 7167

Signature: _____

Printed Name: HENRY MEDINA

Date: July 5th, 2015