UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-22902-CIV-WILLIAMS

FRANCO SAPONARO DI BABBO,

    Plaintiff,

vs.

TECHNO PRINT AND MARKETING CORP.
HENRY MEDINA,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's motion in limine. (DE 50). The Court required Defendants to respond (DE 61) and Defendants have indicated that they do not oppose the relief sought by Plaintiff (DE 62). Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's motion (DE 50) is **GRANTED**. The Parties shall not present to the jury any evidence regarding: 1) liquidated damages or 2) attorneys' fees and cost.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of August, 2015.

                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE