# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.  14-22902—CIV-WILLIAMS

FRANCO SAPONARO  DI BABBO,

          Plaintiff,

vs.

TECHNO PRINT AND MARKETING
CORP., AND HENRY MEDINA

          Defendants

FILED by _____ D.C.

SEP 1 4 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## CLERK'S ENTRY OF  JUDGMENT

Pursuant to the Order of this Court entered August 27, 2015 and in accordance with Federal Rule of Civil Procedure 58, **JUDGMENT** is hereby entered in favor of the **Defendants TECHNO PRINT AND MARKETING CORP** and **HENRY MEDINA.**

Date:     September 14, 2015

STEVEN M. LARIMORE,

Court Administrator • Clerk of Court

By: _Vanessa Torvell-Bacourt_

Deputy Clerk