UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-22902-CIV-WILLIAMS/MONTON

FRANCO SAPONARO DI BABBO, and
All others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,

v.

TECHNO PRINT AND MARKETING CORP.
and HENRY MEDINA,

    Defendants.
_____/

### DECLARATIONDECLARATION OF RICARDO R. CORONA, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND COSTS

I, Ricardo R. Corona, Esq. declare as follows:

1. I am over 21 years of age, of sound mind and otherwise fully competent to testify to the matters set forth herein.

2. I am the founder of Corona Law Firm P.A. ("CORONA").

3. Defendants', Henry Medina and Techno Print and marketing Corp. ("DEFENDANTS") retained CORONA on a partial contingency, hourly basis in the above-styled lawsuit.

4. This declaration is made in support of Defendants' motion for attorney's fees and costs and for sanctions from Plaintiff's counsel J.H. Zidell, P.A., Jaime H. Zidell, Esq., Julia M. Garrett, Esq., and Elizabeth Hueber, Esq. ("Plaintiff's Counsel") in the above-styled litigation. This declaration is made upon my personal knowledge and upon a review of CORONA's

billing records which were created regarding DEFENDANTS file.

5. The following persons performed tasks for DEFEDANTS in the above-styled litigation:

| Professional | Title | Years | Rate |
|---|---|---|---|
| Ricardo R. Corona | Founder | 20 | $500.00 |
| Nina Tarafa | Senior Litigation Attorney | 11 | $375.00 |
| Ricardo M. Corona | Litigation Attorney | 2 | $275.00 |
| Aymee Rosquete | Associate | 2 | $275.00 |

6. DEFENDANTS seeks to recover a total of 78.30 hours for attorneys in this case from PLAINTIFF'S COUNSEL through September1, 2015, which amounts to **$23,532.50.** The following table is a breakdown of the total hours worked and value of services for each CORONA professional through September 1, 2015.

| Professional | HOURS BILLED | Fees |
|---|---|---|
| Ricardo R. Corona | NONE[1] | $0* |
| Nina Tarafa | 20 | $7,500 |
| Ricardo M. Corona | 53.6 | $14,740.00 |
| Aymee Rosquete | 4.7 | $1,292.50 |

7. These fees are reflected in the attached time sheets attached as Ex. 1 to this declaration.

8. CORONA attorneys, who worked on this case kept contemporaneous, complete and standardized time records which accurately reflect the work done by each person.

10. The hours requested by DEFENDANTS and the hourly billing rates are reasonable for the defense of a Fair Labor Standards Act case such as this one.

---

[1] Ricardo R. Corona assisted with the preparation and attended the trial, but is not billing for his hours worked on this file.

11. The timesheets attached as Ex. 1 are kept in the course of the regularly conducted business activity of CORONA and is a regular practice of CORONA. I am the founder of Corona Law Firm P.A. and am familiar with CORONA's records and record-keeping such that I am a records custodian of CORONA.

I declare under the penalty of perjury that the foregoing is true and correct this 21st day of October, 2015.

/s/ Ricardo R. Corona