Exhibit "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-22902-CIV-WILLIAMS/SIMONTON

FRANCO SAPONARA DI BABBO, and
all others similarly situated under
29 U.S.C. 216(b)

Plaintiffs,

vs.

TECHNO PRINT AND MARKETING CORP.
and HENRY MEDINA

Defendants,

_____/

## Timesheets for Ricardo M. Corona, Aymee Rosquette and Nina Tirafa

| Date of Service | Description of Activity | Hours | Fee | Amt |
|---|---|---|---|---|
| 08/07/2015 | Meeting with client and begin to review the file including the pleadings in Pacer and strategize possible defenses | 2.0 A.R | $275/hr | $550.00 |
| 08/10/2015 | Draft and file Notice of Appearance | 0.5 A.R | $275/hr | $137.50/hr |
| 08/10/2015 | Research, Draft and file Response in Opposition regarding Plaintiff's Motion for Default Judgment | 2.2 A.R | $275/hr | $605.00 |
| 08/10/2015 | Phone call with opposing counsel regarding case | 0.3 RC | $275/hr | $82.50 |
| 08/10/2015 | Receive email from OC, discuss file internally and respond to OC regarding her email. | 0.4 RC | $275/h | $110.00 |
| 08/12/2015 | Receive and review email from OC. Discuss file internally and contact client regarding same. | 0.3 RC | $275/hr | $90.00 |
| 08/12/2015 | Prepare case and attempt to get caught up with all pleadings and discovery. Review all pleadings in | 2.0 RC | $275/hr | $550.00 |

| | | | | |
|---|---|---|---|---|
| | Pacer and organize file for trial. | | | |
| 08/12/2015 | Emails to and from OC regarding discovery and review file regarding same | 0.7 RC | $275/hr | $192.50 |
| 08/13/2015 | Discuss case with client and continue preparation of case for trial including sending OC email regarding discovery. | 1.1 RC | $275/hr | $302.50 |
| 08/14/2015 | Phone call with client | 0.5 RC | $275/hr | $137.50 |
| 08/14/2015 | Research, and begin first draft of Motion for Withdrawal of Admissions | 3.5 RC | $275/hr | $962.50 |
| 08/15/2015 | Finalize and edit Motion for Withdrawal of admissions | 2.3 RC | $275/hr | $632.50 |
| 08/15/2015 | Work on Pretrial Stipulation with Exhibit List including case law regarding issues for trial and revisions to same. | 3.2 RC | $275/hr | $880.00 |
| 08/15/2015 | Draft and file brief response to Motion in Limine | 0.5 RC | $275/hr | $132.50 |
| 08/17/2015 | Review email, contact client, send email and review pretrial stipulation | 0.5 RC | $275/hr | $132.50 |
| 08/17/2015 | Send email to OC regarding how they intend to prove FLSA coverage as based on review of file, there is none. | 0.2 RC | $275/hr | $55.00 |
| 08/17/2015 | Finalize pretrial stipulation and review proposed jury instructions by Plaintiff and discuss issues regarding same and telephonic discussion with OC again discussing issues with individual or enterprise coverage. | 1.2 RC | $275/hr | $330.00 |
| 08/17/2015 | Prepare case binder with case law for hearing on Motion for Withdrawal of admissions. | 1.8 RC | $275/hr | $495.00 |
| 08/18/2015 | Attended hearing by Ricardo M. Corona. Bomb threat at the court house and had to wait outside of | 2.5 RC | $275/hr | $687.50 |

| | | | | |
|---|---|---|---|---|
| | courthouse for clearance. Hearing was also attended by Nina Tarafa and Ricardo R. Corona, but only billing for Ricardo M. Corona | | | |
| 08/18/2015 | Attempt to get phone records to show that Defendant did not have long distance on his phones. Obtain same and send proposed exhibit to OC | .5 RC | $275/hr | $132.50 |
| 08/19/2015 | Review Motion for Clarification filed by Plaintiff and discuss same with Nina Tarafa | .6 RC | $275/hr | $160.00 |
| 08/19/2015 | Preparation for trial including researching FLSA cases dealing with independent contractor, and coverage pursuant to individual coverage throughout Federal Courts | 3.7 RC | $275/hr | $1017.50 |
| 08/20/2015 | Continue researching and preparing for trial and researching a compiling case law for trial. | 3.5 RC | $275/hr | $962.50 |
| 08/21/2015 | Meeting with client and review proposed jury instructions and amended exhibit list. Discuss case thoroughly with client including functions of Plaintiff. | 1.2 RC | $275/hr | $330.00 |
| 08/22/2015 | Finalize Jury instruction including researching and incorporating language in jury instruction regarding independent contractor and FLSA coverage. Submitted jury instruction to Nina Tarafa for final edits. | 3.1 RC | $275/hr | $852.50 |
| 08/22/2015 | Review jury instruction and edit for submission. | 2.0 NT | $375/hr | $750.00 |
| 08/22/2015 | Prepare trial outline to discuss with Nina Tarafa and Ricardo R. Corona | 5.0 RC | $275/hr | $1225.00 |
| 08/23/2015 | Trial preparation by Nina Tarafa | 5.0 NT | $375/hr | $1875.00 |
| 08/24/2015 | Attendance at trial by Ricardo M. Corona | 8.0 RC | $275/hr | $2200.00 |
| 08/24/2015 | Prepare and send case law to Judge and review case law provided by Plaintiff | 2.0 | $275 | $550 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/24/2015 | Attendance at trial by Nina Tarafa | 8.0NT | $375/hr | $3000.00 |
| 08/24/2015 | Attendance at trial by Ricardo R. Corona not billed | | | |
| 08/25/2015 | Attendance at trial by Ricardo M. Corona | 5.0 RC | $275/hr | $1375.00 |
| 08/25/2015 | Attendance at trial by Nina Tarafa | 5.0 NT | $375/hr | $1875.00 |
| 08/25/2015 | Attendance at trial by Ricardo R. Corona Not billed | | | |
| **TOTAL** | Ricardo M. Corona<br>Aymee Rosquette<br><br>Nina Tirafa<br><br>TOTAL | 53.6<br>4.7<br>20 | $275<br>$275<br>$375 | $14,740.00<br>$1,292.50<br>$7500.00<br>$23,532.50 |