# EXHIBIT "A"

# Ricardo M Corona

**From:** Ricardo M. Corona [Ricky@coronapa.com]
**Sent:** Monday, September 28, 2015 1:21 PM
**To:** 'Elizabeth Hueber'; Julia Garrett (jgarrett.jhzidellpa@gmail.com); J.H. Zidell (zabogado@aol.com)
**Cc:** 'Rick Corona'; nina@coronapa.com
**Subject:** RE: DiBabbo v. Techno Print, et al. - 14-cv-22902
**Attachments:** 2015-09-28 Motion for Attorney's Fees - Techno Print (2).pdf

See attached amended Motion. Again, kindly respond within the timeframe required pursuant to the local rules.

Cordially,

Ricardo M. Corona
Corona Law Firm, PA
PHONE: (954)522-9535 or (305)547-1234 (ext 235)
FAX: (888)352-5154
Ricky@coronapa.com
http://www.coronapa.com/

The information contained in this transmission is privileged/confidential attorney/client work product and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail. Unless specifically designated, this transmission is not intended to be, nor should be relied upon as legal, tax or professional service advice. Thank you.

---

**From:** Ricardo M. Corona [mailto:Ricky@coronapa.com]
**Sent:** Friday, September 25, 2015 7:29 PM
**To:** 'Elizabeth Hueber'; Julia Garrett (jgarrett.jhzidellpa@gmail.com); J.H. Zidell (zabogado@aol.com)
**Cc:** 'Rick Corona'; nina@coronapa.com
**Subject:** RE: DiBabbo v. Techno Print, et al. - 14-cv-22902

*[handwritten: Privilege Settlement]*

We are attempting to confer prior to filing. We have not heard back from you and our offer of $[redacted] has expired.

See attached proposed motion and kindly provide specific objections, including potential issues with the hourly rate and the time entries.

Cordially,

Ricardo M. Corona
Corona Law Firm, PA
PHONE: (954)522-9535 or (305)547-1234 (ext 235)
FAX: (888)352-5154
Ricky@coronapa.com
http://www.coronapa.com/

The information contained in this transmission is privileged/confidential attorney/client work product and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have

received this communication in error, please notify us immediately by e-mail. Unless specifically designated, this transmission is not intended to be, nor should be relied upon as legal, tax or professional service advice. Thank you.

**From:** Ricardo M. Corona [mailto:Ricky@coronapa.com]
**Sent:** Thursday, September 24, 2015 3:38 PM
**To:** 'Elizabeth Hueber'; Julia Garrett (jgarrett.jhzidellpa@gmail.com); J.H. Zidell (zabogado@aol.com)
**Cc:** 'Rick Corona'; nina@coronapa.com
**Subject:** RE: DiBabbo v. Techno Print, et al. - 14-cv-22902

Good afternoon,

Be advised that we intend to seek fees from your firm as outlined in the proposed motion. The time sheets have not been added, but will be added to the final draft. We have an estimated 68 hours worked on this file combined at a blended rate of $300 per hour for a total of $20,400.00.

Pursuant to LOCAL RULE 7.1.A.3, we wish to make attempt to resolve this matter and will agree to settle the matter for ~~$_____. Kindly advise us by no later than tomorrow at 2 PM, and we will submit the motion as proposed.~~

*Privilege Settlement offer*

Thank you,

Cordially,

Ricardo M. Corona
Corona Law Firm, PA
PHONE: (954)522-9535 or (305)547-1234 (ext 235)
FAX: (888)352-5154
Ricky@coronapa.com
http://www.coronapa.com/

The information contained in this transmission is privileged/confidential attorney/client work product and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail. Unless specifically designated, this transmission is not intended to be, nor should be relied upon as legal, tax or professional service advice. Thank you.